# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| MAX LINN,) | |
| ) | |
| PLAINTIFF) | |
| ) | |
| v.) | CIVIL NO. 1:20-CV-391-DBH |
| ) | |
| BLUEWATER MEDIA, LLC AND) | |
| ANDREW LATIMER,) | |
| ) | |
| DEFENDANTS) | |

## ORDER ON PLAINTIFF'S MOTION FOR EVIDENTIARY HEARING

The plaintiff's motion for evidentiary hearing is **GRANTED**. Counsel shall address the provisions of General Order 2021-4 Section B.1, and inform the Court by April 9, 2021, whether they request that the hearing be in person or by video. At the hearing I will also hear oral argument on the plaintiff's motion for reconsideration, with specific attention to the Florida statute and the state of the record.

**SO ORDERED.**

**DATED THIS 30TH DAY OF MARCH, 2021**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**